Argued November 29, affirmed November 29, 1971

STATE OF OREGON, *Respondent, v.* ROBERT
LEE MARTIN (No. 36076), *Appellant.*

490 P2d 1285

*James H. Spence,* Roseburg, argued the cause for
appellant. With him on the briefs was William L. Lass-
well, Roseburg.

*Doyle L. Schiffman,* District Attorney, Roseburg,
argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FOLEY and FORT,
Judges.

AFFIRMED FROM THE BENCH.